

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00212-CV

---

Urias Transport, LLC and Joel Fierro Urias, Appellants

v.

Pawnee Leasing Corporation, Appellee

---

On Appeal from the 143rd District Court
Reeves County, Texas
Trial Court No. 25-01-25539-CVR

---

## MEMORANDUM OPINION

The parties have moved jointly for dismissal of this appeal. The motion, which is signed by both parties, states that they have successfully mediated their dispute and ask that we dismiss the appeal pursuant to their agreement. Tex. R. App. P. 42.1(a)(2)(A). We GRANT the motion and

dismiss the appeal. Costs are taxed against the party incurring the same as stated in the joint motion. Tex. R. App. P. 42.1(d).

MARIA SALAS MENDOZA, Chief Justice

December 23, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.